```
MCGREGOR W. SCOTT
United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> DAVID C. HARRISON, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. CR.S-04-118-LKK <br><br> ORDER RE: STATUS CONFERENCE |

    This matter came on for a status conference on December 4, 2007. The United States was represented by Assistant U.S. Attorneys John K. Vincent and Matthew D. Segal. Defendant Robert Oliver was present and was represented by Scott Tedmon, Esq.. Defendant David C. Harrison was present and was represented by Bruce Locke, Esq.. Defendant Hodges was not present, having a waiver of appearance on file. He was represented by Scott Tedmon, Esq., appearing specially for Mark Reichel, Esq..

    At the request of defense counsel, and GOOD CAUSE APPEARING THEREFORE, the Court sets the following briefing schedule. Defendant Oliver's motion for severance is due on December 18, 2007. The government's response is due on January 15, 2008. Any

reply brief is due on January 22, 2008.  A non-evidentiary hearing on the motion is scheduled for January 29, 2008 at 9:30 a.m..

Time between December 4, 2007 to December 18, 2007 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii)(complexity) and 3161(h)(8)(B)(iv)(time to prepare), Local Codes T2 and T4, respectively.  The time from December 18, 2007 to the prompt disposition of the motion is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii)(complexity) and 3161(h)(1)(F)(pretrial motions), Local Codes T2 and E, respectively.

IT IS SO ORDERED.

DATED: December 7, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT