LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Fax: (916) 441-4760
Email: tedmonlaw@comcast.net

Attorney for Defendant
ROBERT OLIVER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT OLIVER, et al.,<br><br>Defendants. | Case No.: CR. S-04-118 LKK<br><br>ORDER RE: DEFENDANT OLIVER'S MOTION TO SEVER; JURY TRIAL SETTING AND EXCLUSION OF TIME AS TO DEFENDANTS OLIVER, HARRISON AND HODGES |

This matter came on for hearing on January 29, 2008 regarding Defendant Robert Oliver's motion to sever defendants and for status conference as to defendants Robert Oliver, David Harrison and Robert Hodges. The United States was represented by Assistant U.S. Attorneys John K. Vincent and Matthew D. Segal. Defendant Robert Oliver was present and represented by his counsel, Scott L. Tedmon. Defendant David Harrison was not present, having a waiver of appearance on file. Defendant Harrison was represented by Scott L. Tedmon, appearing specially for Harrison's counsel, Bruce Locke. Defendant Hodges was not present, having a waiver of appearance on file. Defendant Hodges was represented by his counsel, Mark Reichel.

As to defendant Oliver's motion to sever defendants, after a review of the pleadings and the hearing of oral argument from the government and defense counsel, defendant Oliver's motion to sever is GRANTED.

At the request of the government and defense counsel and GOOD CAUSE APPEARING THEREFORE, the Court sets the following schedule for trial confirmation and jury trial.

As to defendants David Harrison and Robert Hodges:

1. Trial Confirmation Hearing: August 26, 2008 at 9:30 a.m.

2. Jury Trial: September 9, 2008 at 10:30 a.m.

As to defendant Robert Oliver:

1. Trial Confirmation Hearing: August 26, 2008 at 9:30 a.m.

2. Jury Trial: October 7, 2008 at 10:30 a.m.

As to defendants David Harrison and Robert Hodges, the time between January 29, 2008 and September 9, 2008 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(ii) (complexity) and 3161(h)(8)(B)(iv) (time to prepare), Local Codes T2 and T4, respectively.

As to defendant Robert Oliver, the time between January 29, 2008 and October 7, 2008 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(ii) (complexity) and 3161 (h)(8)(B)(iv) (time to prepare), Local Codes T2 and T4, respectively.

IT IS SO ORDERED.

DATED: February 1, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT